Robert Osborn Blair et al., appellants, v. Better Real Estate Improvement Corporation et al., defendants. Charles P. Schwartz and Lavinia S. Schwartz, appellees. Gen. No. 38,442.

Opinion filed July 3, 1936. Rehearing denied July 14, 1936.

Tatge & Tatge, for appellants; Robert F. Kolb, of counsel. Milton M. Adelman, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Lester Jankowski, appellant, v. John P. Kobrzynski, appellee. Gen. No. 38,515.

Opinion filed July 3, 1936.

J. Colburn Hamilton, for appellant; Leonard & Leonard and Gordon McLeish Leonard, of counsel. Benjamin H. Vanderveld, for appellee; Aaron M. Homel, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Olga M. Janelunas, executrix of the estate of Kazimir Muliolis, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,555.

Opinion filed July 3, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Earl J. Walker, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.